**No. 09-1073. Tammy J. Shaw, Petitioner v. Lynchburg Department of Social Services, et al.**

560 U.S. 904, 130 S. Ct. 3277, 176 L. Ed. 2d 1183, 2010 U.S. LEXIS 3913.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 883.